# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

ROGELIO ROSA-DELGADO,

    Plaintiff,

v.

WARDEN TRACY JOHNS, et al.,

    Defendants.

CIVIL ACTION NO.: 5:17-cv-97

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 4, to which Plaintiff filed Objections, dkt. no. 8.[1] The Magistrate Judge properly analyzed Plaintiff's claims and the legal precedents applicable to those claims.

The Court **OVERRULES** Plaintiff's Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim and **DENIES** Plaintiff *in forma pauperis* status on appeal.

---

[1] The Clerk's Office notified Plaintiff he failed to sign his Objections and sent Plaintiff a deficiency notice in this regard. Dkt. No. 9. Even though Plaintiff did not cure his deficiency, the Court nonetheless has considered Plaintiff's Objections.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_\_12\_\_\_ day of \_\_\_Jan'y\_\_\_, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)